372 A.2d 412

Bituminous Casualty Company, Appellant, v. State Farm Mutual Automobile Insurance Company.

Argued December 9, 1976. Joseph S. Bekelja, with him Frank, Margolis, Edelstein & Scherlis, for appellant; Joseph M. Hankins, with him Duane, Morris & Heckscher, for appellee.

Order affirmed.

372 A.2d 412

Boyer v. Bickel, Appellant.

Argued December 8, 1976. Patrick M. Reb, for appellant; Philip S. Davis, with him Davis, Katz, Buzgon & Davis, for appellee.

Order and judgment affirmed.